# EXHIBIT 2

AFFIDAVIT OF CERTIFIED FIREARMS SAFETY COURSE

STATE OF HAWAII              )
                             :  SS
CITY AND COUNTY OF HONOLULU  )

That I MAXWELL A ROBINSON, being first duly sworn on oath, depose and say:

1. That affiant's name is MAXWELL A ROBINSON; address is ███████████████, ███████████ and telephone number is ███████████.
2. That affiant is verified and approved by the Honolulu Police Department to instruct a firearms safety course & is a firearms instructor certified by the United States Concealed Carry Association. Instructor number: ███████
3. That affiant conducted an USCCA Firearm Course consisting of four (4) hours of classroom instruction at ███████████████████████████ from 10AM-2PM on 03/27/2024 and two (2) hours live fire training at KoKo Head Shooting Complex 8102 Kalaniana'ole HWY, Honolulu, HI 96825 from 7:30AM-9:30PM on 03/31/2024 . Said class meets the Hawaii State Law requirements (HRS 134-2) in firearms training involving knowledge, safe use, handling, storage of firearms, firearms safety in the home, suicide prevention, domestic violence issues associated with firearms and firearm violence and practical application (live fire), and also including education of the firearm laws of the State of Hawaii (HRS 134) and all other applicable State of Hawaii Laws.
4. That BILLY PETER has successfully completed the above mentioned course on this date: 03/31/2024

FURTHER AFFIANT SAYETH NAUGHT.

_signature_

MAXWELL A ROBINSON

Subscribed and sworn to before me this 3rd day of April, 2024

_signature_

Notary Public, State of Hawaii

My commission expires: ____/____

MICHELLE DANAILOV
My Commission expires: March 7, 2028

Doc Date: 4/3/2024   # Pages: 1
Name: Michelle Danailov   1st Circuit
Doc. Description: Affidavit of Certified Firearms Safety Course
Signature _____   Date 4/3/2024
NOTARY CERTIFICATION