Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BILLY PETER,<br><br>Plaintiff,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII,<br><br>Defendant | Civil Action No. _____<br>Motion for Preliminary Injunction;<br>Memorandum in Support of<br>Motion for Preliminary Injunction;<br>Certificate of Service |

## Motion for Preliminary Injunction

Comes now the Plaintiff pursuant to Rule 65 of the F.R.C.P. and moves this Court for a preliminary injunction which enjoins Defendant and/or their officers, agents, servants, employees, and all persons in active concert or participation with them who receive notice of this injunction, from enforcing HRS §§134-2 facially and as applied to Plaintiff Billy Peter to the extent it prohibit or restricts individuals who legally live in the United States pursuant to the Compact of Free Association ("COFA") the United States has with various nations from applying for a permit to acquire, purchasing, owning or possessing firearms. Plaintiff further requests that this court's preliminarily compel Defendant and/or their officers, agents, servants, employees, and all persons in active concert or participation with them who receive notice of this injunction to also:

(a) allow Plaintiff, and other lawfully present COFA aliens, to apply for a permit pursuant to and consistent with all requirements set forth in HRS § 134–2;

(b) evaluate in the normal course, with no more or less scrutiny than would be applied to a U.S. Citizen's application, Plaintiff's and other COFA aliens' application and background to determine his and their fitness and qualifications to acquire firearms lawfully; and,

(c) insofar as Plaintiff and other COFA aliens are determined to be fit and qualified to acquire firearms, to thereafter issue in the normal course to him and them the

permit contemplated by HRS § 134–2, vesting him and them with the same rights and privileges to acquire firearms as any other individual who obtains permit(s) pursuant to HRS § 134–2.

Dated: November 27, 2024.

Respectfully submitted,

*Counsel for Plaintiff*

/s/*Kevin Gerard O'Grady*
Kevin O'Grady

/s/ *Alan Beck*
Alan Alexander Beck