Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| BILLY PETER,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ANNE E. LOPEZ IN HER  )<br>OFFICIAL CAPACITY AS THE  )<br>ATTORNEY GENERAL OF  )<br>HAWAII,  )<br>  )<br> Defendant.  )<br>  )<br>_____ ) | Civil Action _____<br><br>Certificate of Service |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date noted below, the foregoing document was filed with this Court's ECF system, which generated a notice of filing, and a true and correct copy of the foregoing Motion, Memorandum in Support and Certificate of Service was emailed to the following counsel for Defendant:

KALIKO D. FERNANDES
Solicitor General
Department of the Attorney
General, State of Hawaii
425 Queen Street
Honolulu, HI  96813
Email:        kaliko.d.fernandes@hawaii.gov

Dated: Nov 27, 2024.

Respectfully submitted,

*Counsel for Plaintiff*

/s/*Kevin Gerard O'Grady*
Kevin O'Grady

*/s/ Alan Beck*
Alan Alexander Beck