CV 24-00508 RT Rom Trader

# UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII
# NOTICE OF ASSIGNMENT
# TO UNITED STATES MAGISTRATE JUDGE

FILED IN THE
UNITED STATES DISTRICT
COURT
DISTRICT OF HAWAII
Nov 29, 2024
At 9 o'clock and 38 min a.m.
LUCY CARRILLO, CLERK

In accordance with the Order Authorizing Direct Assignment of Civil Cases to U.S. Magistrate judges, dated October 1, 2009, this case has been assigned to **Magistrate Judge**  for all purposes including trial and final entry of judgment.   Any appeal from a judgment entered by the magistrate judge may be taken to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Exercise of this jurisdiction by a magistrate judge is permitted only if all parties voluntarily consent.  You may, without adverse  consequences, withhold your consent.  If any party elects reassignment, the case will be randomly assigned to a district judge.  The identity of any party withholding consent will not be communicated to any judge.

 Magistrate judges do not preside over trials in felony criminal cases.  Because of this, major criminal cases will not interfere with scheduling and trials before the magistrate judge.  In all likelihood, therefore, a consent will mean that this case will be resolved sooner for the parties.

While the decision to consent or not to consent to the exercise of jurisdiction by the magistrate judge is entirely voluntarily, **the duty to respond to this notice is <u>mandatory</u>**.   Each party **<u>must</u>** indicate consent or decline to consent by completing the attached Election Form and filing it with the court no later than twenty-one (21) days after entry of appearance.  In the event a dispositive motion is filed prior to the date on which the submission of the Election Form is required, the parties must return the completed Election Form within seven (7) calendar days after the motion is filed.

### YOU MUST COMPLETE AND FILE THE ATTACHED ELECTION FORM.
## <u>FILING INSTRUCTIONS</u>
- After completing the form, **<u>ALL registered CM/ECF participants are now required to e-file this document.</u>**
- Use the event **"Consent Election Form",**  found under **Civil Events —> Other Filings —> Consent Election Form**

All other parties must file the form by mail, or in person, at the clerks office: U. S. District Court, 300 Ala Moana Blvd., Room C-338, Honolulu, HI, 96850. The form can be found on the court's website http://www.hid.uscourts.gov

**The party filing the case or removal  is responsible for serving all parties with this Notice and the attached Election Form.**

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

|  |  |
|---|---|
| Plaintiff (s), | Case No.   CV 24-00508 RT |
| vs. | |
| Defendant(s) | |

### CONSENT TO JURISDICTION BY
### UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(c)(1), the undersigned party voluntarily consents to have the assigned United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the Ninth Circuit Court of Appeals if an appeal is filed.

_____

Name of Party(s)

_____

Signature of Attorney or Pro Se Party                                                         Date

--------------------------------------------------------------------------------------------------------------

### REASSIGNMENT TO UNITED STATES DISTRICT JUDGE

Pursuant to 28 U.S.C. § 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

_____

Name of Party(s)

_____

Signature of Attorney or Pro Se Party                                                         Date

---

## THE DUTY TO RESPOND TO THIS NOTICE IS MANDATORY

**You MUST complete and file this form within 21 days of appearance.** If a dispositive motion is filed prior to the date on which the submission of this form is required, the parties must file this form within **(7) calendar days after the motion is filed**.

**FILING INSTRUCTIONS**- Registered CM/ECF participants **are now required to e-file this document.** Use the event **"Consent Election Form",** found under **Civil Events ⟶ Other Filings** ⟶**Consent Election Form**. All other parties must file the form by mail, or in person, at the clerks office: U. S. District Court, 300 Ala Moana Blvd., Room C-338, Honolulu, HI, 96850.