Kevin Gerard O'Grady
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaii 96813
(808) 521-3367
Hawaii Bar No. 8817
Kevin@KevinOGradyLaw.Com

Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BILLY PETER, <br><br> Plaintiff, <br><br> v. <br><br> ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAII, <br><br> Defendant | Civil Action No. 1:24-cv-00508-RT-NONE <br><br> Notice of Errata to Complaint (New Verification Page) |

## NOTICE OF ERRATA TO COMPLAINT

Plaintiff files this notice of errata to submit a new verification page to the complaint. *See* Doc. No. [1]. In the current verification page to the complaint Plaintiff indicates that he is a U.S. citizen. This is not correct. Plaintiff is not a U.S. citizen. Attached to this notice is a new verification that correctly indicates that Plaintiff is not a U.S. citizen. Plaintiff respectfully requests that the attached verification page replace the current verification page and to be deemed part of and attached to the filed complaint. The Defendant will be served with this notice alongside the complaint.

Dated: Nov.29, 2024.

        Respectfully submitted,

        *Counsel for Plaintiff*

        /s/*Kevin Gerard O'Grady*
        Kevin O'Grady

        */s/ Alan Beck*
        Alan Alexander Beck