HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| | |
|---|---|
| Billy Peter <br><br> *Plaintiff* <br> v. <br> Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawaii <br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-00508-RT-NONE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawaii, Department of the Attorney General, 425 Queen Street Honolulu, HI 96813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney. whose name and address are:   Kevin O'Grady, Law Office of kevin O'Grady, LLC, 1164 Bishop Street, Suite 1605, Honolulu, Hawaii 96813

If you fail to respond. judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



LUCY H. CARRILLO
*CLERK OF COURT*

Date: December 2, 2024

/s/ LUCY H. CARRILLO, by: JI, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Case 1:24-cv-00508-MWJS-RT  Document 10  Filed 12/03/24  Page 2 of 2  PageID.215
Case 1:24-cv-00508-RT-NONE  Document 9  Filed 12/02/24  Page 2 of 2  PageID.213

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-00508-RT-NONE

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anne E Lopez, Attorney General State of Hawai'i

was received by me on *(date)* 12-02-24 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Susan Y. N. Won, Deputy Attorney General, State of Hawai'i , who is designated by law to accept service of process on behalf of *(name of organization)* Anne E. Lopez Attorney General State of Hawai'i on *(date)* 12-02-24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-02-24

*Server's signature*

Chris Kimura
*Printed name and title*

412 Iolani Ave, Honolulu 96813
*Server's address*

Additional information regarding attempted service, etc: