| | |
|---|---|
| ANNE E. LOPEZ<br>Attorney General of Hawaiʻi | 7609 |
| | |
| KALIKOʻONĀLANI D. FERNANDES<br>Solicitor General of Hawaiʻi | 9964 |
| EWAN C. RAYNER<br>Deputy Solicitor General | 10222 |

Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel: (808) 586-1360
E-mail: kaliko.d.fernandes@hawaii.gov
           ewan.rayner@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her official
capacity as the Attorney General of the State of Hawaiʻi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| BILLY PETER,<br><br>       Plaintiff,<br><br>   v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>       Defendant. | CASE NO. 1:24-cv-00508-RT-NONE<br><br>**NOTICE OF APPEARANCE OF COUNSEL; CERTIFICATE OF SERVICE** |

## NOTICE OF APPEARANCE OF COUNSEL

Solicitor General KALIKOʻONĀLANI D. FERNANDES enters her appearance as counsel for Defendant Anne E. Lopez, in her official capacity as the Attorney General of the State of Hawaiʻi.  By this notice, appearing counsel formally requests that her name be added to the online docket for this case, and that all future correspondence and pleadings be directed to:

    Kalikoʻonālani D. Fernandes
    Solicitor General
    Department of the Attorney General
    425 Queen Street
    Honolulu, Hawaiʻi 96813
    Tel:  (808) 586-1360
    E-mail:  kaliko.d.fernandes@hawaii.gov

Neither this notice of appearance nor any subsequent appearance, pleading, claim, suit, or other filing is intended to waive any rights, including any right to challenge the jurisdiction of the Court or pursuant to the Eleventh Amendment to the United States Constitution, state sovereign immunity, or any other rights, claims, actions, or defenses to which Defendant is or may be entitled in law or in equity, all of which are hereby expressly reserved.

DATED:  Honolulu, Hawaiʻi, December 5, 2024.

                            /s/ Kalikoʻonālani D. Fernandes
                            KALIKOʻONĀLANI D. FERNANDES

        Attorney for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi