# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-CV-00508-MWJS-RT |
| CASE NAME: | Billy Peter v. Anne E. Lopez |
| ATTY FOR PLA: | *Alan A. Beck<br>*Kevin Gerard O'Grady |
| ATTY FOR DEFT: | *Ewan C. Rayner |

| | | | |
|---|---|---|---|
| JUDGE: | Micah W.J. Smith | REPORTER: | Cynthia Fazio |
| DATE: | 12/06/2024 | TIME: | 2:00 pm – 2:25 pm |

COURT ACTION:  EP:    STATUS CONFERENCE

Discussion held regarding Plaintiff's Motion for Preliminary Injunction filed on November 27, 2024 (ECF No. 2).

The Court sets the following briefing schedule for Plaintiff's [2] Motion for Preliminary Injunction:  An opposition shall be due Friday, January 17, 2025, and shall address the issue of consolidation as to the merits of the motions.   Any reply shall be due Friday, February 7, 2025.

A Status Conference is SET for Monday, February 10, 2025 at 10:00 a.m. via Video Conference before the Honorable Micah W.J. Smith.

At the conference, the parties shall be prepared to discuss a further hearing on the motion.  In light of Mr. O'Grady's availability, the parties discussed a motion hearing date of either February 18, 2025 or February 25, 2025.

In advance of the conference, the courtroom manager will provide the participants with instructions to connect by video.   The general public may access the hearing telephonically by dialing: 1-571-353-2301, Access Code: 127379916.

*Submitted by: Rachel Sharpe, Courtroom Manager*