ANNE E. LOPEZ                              7609
Attorney General of Hawai‘i

KALIKO‘ONĀLANI D. FERNANDES   9964
Solicitor General of Hawai‘i
EWAN C. RAYNER                            10222
Deputy Solicitor General
Department of the Attorney
 General, State of Hawai‘i
425 Queen Street
Honolulu, Hawai‘i 96813
Tel:  (808) 586-1360
E-mail:  kaliko.d.fernandes@hawaii.gov
        ewan.rayner@hawaii.gov

Attorneys for ANNE E. LOPEZ, in her official
capacity as the Attorney General of the State of Hawai‘i

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| BILLY PETER,<br><br>       Plaintiff,<br><br>   v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAI‘I,<br><br>       Defendant. | CASE NO. 1:24-cv-00508-MWJS-RT<br><br><br>**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; CERTIFICATE OF SERVICE** |

## FIRST STIPULATION TO
## EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff BILLY PETER ("**Plaintiff**") and Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi ("**Defendant**" and, together with Plaintiff, the "**Parties**"), through counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed his Complaint on November 27, 2024 (ECF 1), and;

WHEREAS, Defendant was served on December 2, 2024, and;

WHEREAS, the deadline for Defendant's response to Plaintiff's Complaint is currently December 23, 2024, and;

WHEREAS, the Parties agree that it is not necessary for Defendant to respond to the Complaint during the pendency of preliminary injunctive relief proceedings;

NOW, THEREFORE, the Parties stipulate that the deadline for Defendant's response to the Complaint shall be 10 days following the date on which the Court grants or denies Plaintiff's Motion for a Preliminary Injunction (ECF No. 2).

This is the first stipulation submitted in connection with this litigation.

/

/

/

DATED:  Honolulu, Hawaiʻi, December 10, 2024.


/s/ *Kevin O'Grady*

KEVIN GERARD O'GRADY
ALAN ALEXANDER BECK

Attorneys for Plaintiff BILLY PETER


/s/ *Ewan C. Rayner*

EWAN C. RAYNER

Attorney for Defendant ANNE E. LOPEZ,
in her official capacity as the Attorney
General of the State of Hawaiʻi