IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| BILLY PETER,<br><br>  Plaintiff,<br><br>v.<br><br>ANNE E. LOPEZ, IN HER OFFICIAL CAPACITY AS THE ATTORNEY GENERAL OF THE STATE OF HAWAIʻI,<br><br>  Defendant. | CASE NO. 1:24-cv-00508-MWJS-RT<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served electronically through the Court's CM/ECF system or conventionally by mailing copies via US Mail, postage prepaid, upon the following:

KEVIN GERARD O'GRADY
Law Office of Kevin O'Grady, LLC
1164 Bishop Street, Suite 1605
Honolulu, Hawaiʻi 96813
Tel:  (808) 521-3367
E-mail:  kevin@kevinogradylaw.com

and

ALAN ALEXANDER BECK
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, California 92123
Tel:  (619) 905-9105

1

E-mail: alan.alexander.beck@gmail.com

Attorneys for Plaintiff BILLY PETER

DATED: Honolulu, Hawai'i, December 10, 2024.

                           */s/ Ewan C. Rayner*
                           EWAN C. RAYNER

                           Attorney for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawai'i