ANNE E. LOPEZ                              7609
   Attorney General of Hawaiʻi

KALIKOʻONĀLANI D. FERNANDES    9964
   Solicitor General
EWAN C. RAYNER                          10222
   Deputy Solicitor General
Department of the Attorney
 General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Tel:  808-586-1360
E-mail: ewan.rayner@hawaii.gov

Attorneys for Defendant ANNE E. LOPEZ,
in her official capacity as Attorney General
for the State of Hawaiʻi

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| BILLY PETER,<br><br>        Plaintiff,<br><br>   vs.<br><br>ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi,<br><br>        Defendant. | Civil No. 24-00508 MWJS-RT<br><br>**STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION**<br><br><u>District Judge</u>:<br>Hon. Micah W. J. Smith<br><br><u>Magistrate Judge</u>:<br>Hon. Rom Trader<br><br><u>Trial Date</u>: N/A |

## **STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION**

1.    IT IS ORDERED AND ADJUDGED that JUDGMENT is entered against Defendant ANNE E. LOPEZ, in her official capacity as Attorney General for the State of Hawaiʻi ("Defendant") and in favor of Plaintiff BILLY PETER ("Plaintiff") in accordance with the terms set forth below.

2.    Plaintiff filed a Complaint asserting claims under 42 U.S.C. § 1983, U.S. Const. amend. II, U.S. Const. amend. XIV, and the Declaratory Judgment Act.

3.    The Parties agree that for purposes of this Stipulated Final Judgment and Permanent Injunction, "COFA Migrants" are citizens of the Federated States of Micronesia, the Republic of Palau, the Republic of the Marshall Islands, and any other country with which the United States has a Compact of Free Association, who are legally admitted into the United States pursuant to the Compact of Free Association the United States has with those countries.

4.    Defendant (as well as her officers, agents, servants, employees, and all persons in active concert or participation with them who receive actual notice of the injunction) is hereby permanently enjoined from enforcing against Plaintiff and any other COFA Migrants;

a. HRS § 134-2(d)(1), as currently written, to the extent that it prohibits Plaintiff and other COFA Migrants from owning or possessing firearms or applying for or receiving a permit to acquire a firearm on the basis of their status as COFA Migrants.

5.    This Stipulated Final Judgment and Permanent Injunction shall not be construed to apply to or affect in any way any other case that is or may be pending pertaining to issues involving COFA Migrants or the Second or Fourteenth Amendments to the United States Constitution.

6.    The Court has jurisdiction over the subject matter of this action, except with respect to Plaintiffs' damages claims, and over all parties to this action. The Court shall retain jurisdiction over this action for the purpose of implementing and enforcing this Stipulated Final Judgment and Permanent Injunction.

7.    IT IS ORDERED AND ADJUDGED that JUDGMENT is entered against Defendant in the amount of a single payment in the total amount of TWENTY-EIGHT THOUSAND, FIVE HUNDRED DOLLARS ($28,500.00) for payment of attorneys' fees and costs, subject to necessary legislative approval, made payable to the Law Office of Kevin O'Grady, LLC. Should any State executive or legislative entity from which approval is necessary decline approval of this payment, this Stipulated Final Judgment and Permanent Injunction shall be null and void and shall be set aside. If the Stipulated Final Judgment and Permanent Injunction becomes null and void and is set aside, as described in this paragraph, Defendant agrees that the signing of this Stipulated Final Judgment and Permanent Injunction and any delay in litigation caused by its signing will not be used as a basis to negate Plaintiff's claim of irreparable harm.

8.      As consideration for this payment, Plaintiff unconditionally releases, acquits, and discharges Defendant from all claims and causes of action arising from the facts alleged in the instant lawsuit.

9.      Defendant consents to the entry of this Stipulated Final Judgment and Permanent Injunction without admitting liability and without admitting the allegations in the Complaint. Nothing in this Stipulated Final Judgment and Permanent Injunction shall be construed as an admission of a violation of any right by or on the part of Defendant with respect to any person.

10.      Should the Attorney General be notified of an alleged violation of this Injunction, the Department of the Attorney General shall investigate any such violation and report any such violation to the Court.

11.      To the maximum extent authorized under State law, the Attorney General shall direct her agents and all other persons under her authority to comply with the terms of this Injunction and will direct all persons under the legal authority of the Attorney General not to enforce HRS § 134-2(d)(1) as specifically set forth in this Injunction.

12.      The Attorney General shall advise all county governments and chiefs of police within the State regarding the existence of this Injunction and will further advise all county governments and chiefs of police within the State to comply with the terms of this Injunction.

DATED:  Honolulu, Hawaii, January 15, 2025.

/s/ Alan A. Beck
ALAN ALEXANDER BECK

/s/ Kevin O'Grady
KEVIN O'GRADY

Attorneys for Plaintiff BILLY PETER

DATED:  Honolulu, Hawaii, January 15, 2025.

/s/ Ewan C. Rayner
KALIKOʻONĀLANI D. FERNANDES
   Solicitor General
EWAN C. RAYNER
   Deputy Solicitor General

Attorneys for Defendant ANNE E. LOPEZ, in her official capacity as the Attorney General of the State of Hawaiʻi

**IT IS SO ORDERED, ADJUDGED, AND DECREED:**



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

DATED:    January 16, 2025, at Honolulu, Hawaiʻi.

---

*Billy Peter v. Anne E. Lopez*; Civil No. 24-00508 MWJS-RT; STIPULATED FINAL JUDGMENT AND PERMANENT INJUNCTION